# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW J. NASUTI )<br>    Plaintiff(s) )<br>)<br>    v. )<br>)<br>CATHERINE D. KIMBAL, )<br>JOHN TARLTON OLIVER and )<br>VALERIE S. WILLARD, )<br>    Defendant(s) ) | CIVIL ACTION NO.<u>3:09-cv-30183-MAP</u> |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants, against the plaintiff, pursuant to the court's memorandum and order entered this date, granting defendants' motion to dismiss.

                                      **SARAH A. THORNTON**,
                                      CLERK OF COURT

Dated: <u>June 29, 2010</u>            By  /s/ *Maurice G. Lindsay*
                                       Maurice G. Lindsay
                                         Deputy Clerk

(Civil Judgment 2 (Routine).wpd - 11/98)
       [jgm.]